UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
TODD W. WILLIAMS, pro se,      )
                               )
          Plaintiff,           )
                               )      C.A. No. 05-40149-FDS
v.                             )
                               )
GUY W. GLODIS,                 )
                               )
          Defendant.           )
_____)
```

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF PROSECUTION

NOW comes defendant GUY W. GLADIS ("Gladis"), and moves pursuant to Rules 41(b) of the Federal Rules of Civil Procedure, to dismiss this action for lack of prosecution. Plaintiff TODD W. WILLIAMS has taken no action since the filing of his Complaint almost one year ago. He has further failed to comply with the Court's order that he submit within forty-two (42) days of September 1, 2005, his six-month prison account statement, as required under 28 U.S.C. § 1915(a)(2), or pay the $250 filing fee. Gladis, on the other hand, has duly complied with the Court's order in all respects, having filing a responsive pleading together with the plaintiff's medical history, current medical condition, and treatment program by September 12, 2005.

DEFENDANT GUY W. GLODIS,

By his Attorneys,

THOMAS F. REILLY
Attorney General


/s/Charles M. Wyzanski____
Charles M. Wyzanski
Assistant Attorney General
B.B.O. No. 536040
One Ashburton Place
Boston, MA. 02108
Tel.No. (617) 727-2200