## CERTIFICATE OF SERVICE

     I, Charles M Wyzanski, Assistant Attorney General, hereby certify that I have this day, May 9, 2006, served the foregoing **Motion to Dismiss for Lack of Prosecution**, upon all parties, by mailing a copy, first class, postage prepaid to:

        Todd W. Williams
        5 Paul X. Tivnan Drive
        West Boylston, MA  01583


        /s/ Charles M. Wyzanski
        Charles M Wyzanski
        Assistant Attorney General
        Trial Division