United States District Court
District of Massachusetts

Todd W. Williams Pro se
Plaintiff

v.                                C.A. No. 05-40149-FDS

Guy W. Glodis
Defendant

Plaintiff's Motion TO Dismiss

The complaint in the above-entitled action was filed on 9-1-2005.

The Plaintiff in the above-entitled action moves to dismiss without prejudice.

*[signature]*
6-20-2006

I certify that a copy has been served upon defendants attorney,
Charles M. Wyzanski
Assistant Attorney General
One Ashburton Place
Boston, MA. 02108
617-727-2200