United States District Court
District of Massachusetts

15

Todd W. Williams Pro se
               Plaintiff

   v                                C.A. 05-40149-FDS

Guy W. Gledis
        Defendant

Plaintiff's Motion to Change Address

The complaint in the above-entitled action was filed on 9-1-2005.

The plaintiff in the above-entitled action has been released from incarceration and now resides at 121 Shrewsbury Street, in the city of Worcester and Commonwealth of Massachusetts.

*[signature: Todd Williams]*

I certify that a copy has has been served upon defendants attorney, Charles M. Wyzanski
        Assistant Attorney General
        One Ashburton Place
        Boston, MA. 02108
        617-727-2200