UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Todd W. Williams,**
  **Plaintiff,**

  V.

**Guy W. Glodis,**
  **Defendant,**

CIVIL ACTION

NO. **05-40149-FDS**

### ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's Order dated **6/21/06**, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

               By the Court,

 **6/21/06**          **/s/ Martin Castles**
  Date             Deputy Clerk